UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION DIVISION

IN RE:                                              CASE NO. 11-13422
                                                    CHAPTER 13
PATRICK A. GEORGE

                                                    JUDGE JEFFERY P. HOPKINS

            DEBTOR                                  **AMENDED NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Margaret A. Burks files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  OCWEN LOAN SERVICING

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 6 | 5941 | $11,381.08 | $11,381.08 | $11,381.08 |
| Total Amount Paid by Trustee | | | | $11,381.08 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

  X   Through the Chapter 13 Conduit              ___  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and  2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

See attached Memorandum detailing post-petition payments if case is a Conduit.

CASE NO. 11-13422

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August, 2016 a copy of the foregoing <u>Notice of Final Cure Payment</u> was served on the following registered ECF participants, **electronically** through the Court's ECF System at the e-mail address registered with the Court:

| | |
|---|---|
| OFFICE OF THE U.S. TRUSTEE | Debtor(s) Counsel |
| 36 EAST SEVENTH STREET, SUITE 2030 | PRO SE - DEBTOR |
| CINCINNATI, OHIO 45202 | ACTING AS OWN ATTORNEY |

and on the following by **ordinary U.S. Mail** addressed to:

PATRICK A. GEORGE, 7365 MIDDLETOWN-GERMANTOWN RD, MIDDLETOWN, OH  45042

OCWEN LOAN SERVICING, 1100 VIRGINIA DRIVE, SUITE 175, ATTN: PAYMENT PROCESSING, FT. WASHINGTON, PA  19034

MANLEY, DEAS & KOCHALSKI, P.O. BOX 165028, COLUMBUS, OH  43216-5028

PAUL J. MINNILLO, ESQ., MINNILLO & JENKINS CO LPA,  2712 OBSERVATORY AVENUE, CINCINNATI, OH 45208


Date:  August 09, 2016                                            /s/ MARGARET A BURKS, TRUSTEE
                                                                              MARGARET A BURKS, TRUSTEE
                                                                              CHAPTER 13 TRUSTEE
                                                                              600 VINE, SUITE 2200
                                                                              CINCINNATI, OH  45202

**CHAPTER 13 TRUSTEE'S MEMORANDUM REGARDING NOTICE OF FINAL CURE**

In addition to paying the pre-petition mortgage arrearage claim(s) totaling $11,381.08 to Ocwen Loan Servicing, the Trustee also paid post-petition payments as follows:

$1,074.02 for the months of JULY 2011 - MAY 2012 subtotaling $11,814.22;

$1,102.01 for the months of JUNE 2012-MAY 2013 subtotaling $13,224.12;

$1,104.92 for the months of JUNE 2013-JULY 2016 subtotaling $41,986.96.

Debtor(s) must resume the regular mortgage payment beginning with the August 2016 mortgage payment.