**Fill in this information to identify the case**

**Debtor 1** Patrick A. George

**Debtor 2** _____
**(Spouse, if filing)**

**United States Bankruptcy Court for the:** __SOUTHERN__ **District of** __OHIO__
                                                                                               **(State)**

**Case number** 11-13422

# Form 4100R
## Response to Notice of Final Cure Payment          10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:  Mortgage Information

**Name of creditor:** Ocwen Loan Servicing, LLC                 **Court claim no.** (if known):

**Last 4 digits** of any number you use to identify the debtor's account:  5941     6

**Property address:** 7365 Middletown Germantown Road
           Number       Street

           Middletown  OH  45042
           City                State      Zip Code

### Part 2:  Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $_____

### Part 3:  Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
    The next postpetition payment from the debtor(s) is due on:   08/01/2016
                                                                        MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
    Creditor asserts that the total amount remaining unpaid as of the date of this response is:

    a.   Total postpetition ongoing payments due:                                  (a) $0.00

    b.   Total fees, charges, expenses, escrow, and costs outstanding:             (b) $0.00

    c.   Total. Add lines a and b.                                                     (c) $0.00

    Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

11-011671_KJB

Debtor 1 ___Patrick A. George___   Case number (if known) 11-13422
     First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** ___/s/ Adam B. Hall___   Date ___August 25, 2016___
   Signature

Print:   Adam B. Hall (0088234)   Title   Attorneys for Creditor

Company   Manley Deas Kochalski LLC

Address   P.O. Box 165028
     Number   Street

     Columbus, OH  43216-5028
     City   State   ZIP Code

Contact phone   614-220-5611   Email   abh@manleydeas.com

11-011671_KJB

**CERTIFICATE OF SERVICE**

I hereby certify that on August  25 , 2016, a copy of the foregoing Response to Notice of Final Cure was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Office of U.S. Trustee, Southern District of Ohio, Party of Interest, 36 East Seventh Street, Suite 2050, Cincinnati, OH 45202

Margaret A. Burks, 600 Vine Street, Suite 2200, Cincinnati, OH  45202, cincinnati@cinn13.org

Gary A. Billig, Attorney for Patrick A. George, 447 Nilles Road #9, Fairfield, OH  45014-2603, gbillig@fuse.net

and on the below listed parties by regular U.S. mail, postage prepaid:

Patrick A. George and Patricia George, 7365 Middletown Germantown Road, Middletown, OH  45042

Houshold Realty Corp, c/o Corporation System, 1300 East Ninth Street, Cleveland, OH 44144

                                                                /s/ Adam B. Hall

11-011671_KJB